IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| M.L.E. MUSIC, et al., | * | |
| Plaintiffs | * | |
| v. | * | Case No.: WMN-00-CV-3443 |
| ANNA BELLE ENTERPRISES, INC., et al., | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**STIPULATION OF TIME WITHIN WHICH PLAINTIFFS MAY RESPOND TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE COMPLIANCE WITH RULE 10 (b)**

Plaintiffs and Defendants, through their respective undersigned counsel, do hereby stipulate and agree that the time within which Plaintiffs may respond to Defendants' Motion to Dismiss or in the Alternative Compliance with Rule 10 (b) shall be extended to and shall include January 15, 2001.

_____
Deborah L. Robinson
Federal Bar No. 02201
ROBINSON WOOLSON O'CONNELL, LLP
217 E. Redwood Street, Suite 1500
Baltimore, MD 21201
410.625.0000

ATTORNEY FOR PLAINTIFFS

_____
David F. Mister
Federal Bar No. 02204
MISTER & BARTLETT
30 E. Padonia Road, Suite 404
Timonium, MD 21093
410.561.3000

ATTORNEY FOR DEFENDANTS

APPROVED 29th DAY OF December 00
_____

APPROVED this _____ day of 200__.

_____
Judge, U.S. District Court for the District of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2000, a copy of the foregoing Stipulation of Time Within Which Plaintiffs May Respond to Defendants' Motion to Dismiss or in the Alternative Complaince With Rule 10(b) was mailed, postage prepaid, to David F. Mister, Esquire, Mister & Bartlett, 30 E. Padonia Road, Suite 404, Timonium, MD 21093, Attorney for Defendants.

_____
Deborah L. Robinson