IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

M.L.E. MUSIC, *et al*

Plaintiff   *

v.   *   CASE NO.: WMN-00-CV-3443

ANNA BELLE ENTERPRISES, INC.   *

Defendant   *

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Anna Belle Enterprises, Inc. and Anna Belle Rauck, Defendants, by their attorneys David F. Mister and Mister & Bartlett, withdraw the Defendant's Motion to Dismiss filed on December 20, 2000.

David F. Mister
MISTER & BARTLETT
30 E. Padonia Road, Suite 404
Timonium, Maryland 21093
(410) 561-3000

Attorneys for Defendant, Anna Belle Rauck

APPROVED THIS 17th DAY OF January 01
UNITED STATES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

M.L.E. MUSIC, *et al*            *

Plaintiff                         *

v.                                *   CASE NO.: WMN-00-CV-3443

ANNA BELLE ENTERPRISES, INC.      *

    Defendant                   *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15TH day of January, 2001, a copy of the foregoing Notice of Withdrawal of Defendant's Motion to Dismiss was mailed first-class postage prepaid to Deborah L. Robinson, Esquire, Robinson, Woolson, O'Connell, LLP, 217 East Redwood Street, Suite 1500, Baltimore, Maryland 21202, Attorney for Plaintiff.

David F. Mister
MISTER & BARTLETT
30 E. Padonia Road, Suite 404
Timonium, Maryland 21093
(410) 561-3000
Attorney for Defendant