IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

M.L.E. MUSIC, et al.            *

      Plaintiffs       *

                                            Civil Action No. WMN-00CV3443
v.                              *

ANNA BELLE ENTERPRISES, INC.,   *
And Anna Belle Rauck
                                  *

      Defendants
                                  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

    Plaintiffs M.L.E. Music, Almo Music Corporation, BMG Songs, Inc., Hudmar Publishing Co., Inc., Universal Studios Inc. (MCA Music Publishing Division), Fifty-Six Hope Road Music Limited, and Odnil Music Limited, and Defendants Anna Belle Enterprises, Inc. and Anna Belle Rauck, by their undersigned attorneys and pursuant to Federal Rule 41, hereby stipulate to the dismissal of the above-referenced action due to full settlement and satisfaction of all claims.

_Deborah L. Robinson_ (signature)
Deborah L. Robinson
Federal Bar No. 02201
ROBINSON WOOLSON, P.A.
217 E. Redwood Street, Suite 1500
Baltimore, Maryland 21202
(410) 625-0000

Attorneys for Plaintiffs

_David F. Mister_ (signature)
David F. Mister
Federal Bar No. 02204
MISTER, WINTER & BARTLETT, LLC
30 E. Padonia Road, Suite 404
Timonium, Maryland 21093
(410) 561-3000

Attorneys for Defendants

" APPROVED " THIS 18th DAY OF April, 2001

_(signature)_
UNITED STATES DISTRICT JUDGE